UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL LEE, | Case No. CV 08-3806-DDP (AJW) |
|     Petitioner, | |
|   v. | JUDGMENT |
| DARREL ADAMS, | |
|     Respondent. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: August 18, 2009

_____
Dean D. Pregerson
United States District Judge